DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHD DEVELOPMENT, LLC,**
Appellant,

v.

**DAVID SHAFER,**
Appellee.

No. 4D21-426

[March 25, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case Nos. 062019SC016855AXXXCE and 062019AP026607AXCCCE.

Julio C. Cavero, Miami, for appellant.

David Shafer, Fort Lauderdale, pro se.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*